IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

GENARO LUNA                                                                           PLAINTIFF

v.                                CASE NO.: 3:25-cv-00053-BJB-RSE

EQUIFAX INFORMATION SERVICES, LLC et al.              DEFENDANT

### AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiff, Genaro Luna, and the Defendant, Equifax Information Services, LLC ("Equifax"), each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Equifax are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Respectfully Submitted

/s/ David W. Hemminger
David W. Hemminger
Hemminger Law Office, PSC
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel. 502-443-1060
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

/s/John Michael Williams (with permission)
John Michael Williams
Ogletree Deakins
3151 Beaumont Centre Circle, Suite 375
Lexington, KY 40513
859-245-1059
Fax: 859-245-1231
Email: john.williams@ogletree.com
*Counsel for Defendant, Equifax*
*Information Services, LLC*

Case 3:25-cv-00053-BJB-RSE     Document 10     Filed 04/16/25     Page 2 of 2 PageID #: 21